**mcm** Midland Credit Management, Inc.
2365 Northside Drive
Suite 300
San Diego, CA 92108

08-15-2018

| MCM Account Number | Current Balance | Discount |
|---|---|---|
| 8578741285 | $745.63 | 40% OFF |

Original Creditor: Credit One Bank, N.A.
Original Account: 444796233671
Current Owner: Midland Funding LLC

P58T2089 001

Leila Baird
[address redacted]
Eureka, CA 95503-6027

# Did y u forg t somethi g?

### CALL US TODAY! (800) 321-3809

Hours of Operation: Sun-Th: 5am-9pm PT; Fri-Sat: 5am-4:30pm PT;

**We can't change the past, but we can help with your future.**

RE: Credit One Bank, N.A.

Leila Baird, mistakes can happen to anyone. Midland Credit Management believes that everyone deserves a second chance. Call (800) 321-3809 or visit us online at MCMPay.com by 09-14-2018 to accept one of these discounts.

We are offering you 40% OFF your balance to help you eliminate your debt while saving money.

Midland Credit Management will help you put this debt burden behind you. Call us today to pay off your account, and regain your financial freedom!

Sincerely,

*Tim Bolin*
Tim Bolin, Division Manager

### KNOW YOUR OPTIONS

**Option 1**
**40% OFF**
Payment Due Date: 09-14-2018

**Option 2**
**20% OFF**
Over 6 Months

**Option 3**
**Monthly Payments As Low As:**
$50 per month

We are not obligated to renew any offers provided.

 (800) 321-3809       MCMPay.com       Midland Credit Management, Inc
P.O. Box 51319
Los Angeles, CA 90051-5619

**PLEASE SEE REVERSE SIDE FOR IMPORTANT DISCLOSURE INFORMATION**

---

 **Manage Your Account Online**
MCMPay.com

| MCM Account Number | | |
|---|---|---|
| Current Balance | | $745.63 |
| Total Enclosed | | $ |

Mail Payments to:
Midland Credit Management, Inc
P.O. Box 51319
Los Angeles, CA 90051-5619

### Important Payment Information

Make checks payable to:
Midland Credit Management
Enter your MCM Account # on all payments

**(800) 321-3809**

se habla espanol
(888) 422-5178



12 8578741285 8 0044738 091418 9 205901419

B469 M003