Amanda F. Benedict, SBN 200291
LAW OFFICE OF AMANDA F. BENEDICT
7710 Hazard Center Dr., Ste E-104
San Diego, CA 92108
Tel: (760) 822-1911
Fax: (760) 452-7560
amanda@amandabenedict.com

Attorneys for Plaintiff, LEILA BAIRD

*IT IS SO ORDERED*
*Judge Yvonne Gonzalez Rogers*
*12/17/2019*

# UNITED STATES DISTRICT COURT
## NORTHER DISTRICT OF CALIFORNIA
### EUREKA DIVISION

| | |
|---|---|
| **LEILA BAIRD**, on behalf of herself and all other similarly situated consumers,<br><br>Plaintiff,<br><br>vs.<br><br>**MIDLAND CREDIT MANAGEMENT, INC.**,<br><br>Defendant. | Case No.: 4:19-cv-03962-YGR<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

It is hereby stipulated and agreed by and between counsel for Plaintiff, Leila Baird and Defendant, Midland Credit Management, Inc., a division of Midland Credit Management, Inc., that the above-entitled action is hereby dismissed against Defendant Midland Credit Management, Inc., with prejudice and without attorneys' fees and costs pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

///

- 1 -
STIPULATION OF DISMISSAL WITH PREJUDICE

Dated: December 13, 2019

| | |
|---|---|
| /s/ *Tuan Uong* | /s/ *Amanda F. Benedict* |
| Tuan Uong, Esq. | Amanda F. Benedict, SBN 200291 |
| Reed Smith LLP | Law Office of Amanda F. Benedict |
| 355 South Grand Avenue - Suite 2900 | 7710 Hazard Center Dr. Suite E-104 |
| Los Angeles, CA 90071 | San Diego, CA 92108 |
| (213) 457-8000 | (760) 822-1911 |
| tuong@reedsmith.com | amanda@amandabenedict.com |
| Attorney for Defendant | Attorney for Plaintiff |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2019, a true and correct copy of the foregoing document was sent to all counsel of record via the Court's ECF filing system.

>/s/ *Amanda F. Benedict*
>Amanda F. Benedict, Esq.